1171 HARSHAW (Mayor) vs. McDONALD (Recorder, Alpena), No. 14091. (Certiorari to Alpena.)

To compel respondent to give notice of a city election, as directed by the Common Council, in accordance with the provisions of the Charter of said city, as it existed prior to the amendment of 1893.

The circuit judge denied the writ. Affirmed March 16, 1894, without costs.

The Charter was amended by the Legislature in 1893, but relator insists that the amendment is invalid; that it has not been accepted by the city; that said city is composed of six wards, each of which is entitled to two aldermen, which alder-

men, with the mayor and recorder, constitute the Common Council.

The validity of the amendment is attacked:

Because (1) it divides the third and fourth wards so as to place 3,360 inhabitants, 750 of whom are electors, in the third ward, and but 1,100 inhabitants, of whom 230 are electors, in the fourth ward; (2) it provides for but one alderman for the third ward for the year 1895; (3) it does not provide for the election of aldermen in any of the wards except the fourth in 1894; and (4) it does not define the ward boundaries.